PER CURIAM.
Affirmed. See Bertolotti v. State, 476 So.2d 130 (Fla.1985); Williams v. State, 689 So.2d 393 (Fla. 3d DCA 1997); Kirtsey v. State, 649 So.2d 946 (Fla. 3d DCA 1995); Alexander v. *221 State, 643 So.2d 1151 (Fla. 3d DCA 1994); Vazquez v. State, 635 So.2d 1088 (Fla. 3d DCA 1994); Denny v. State, 617 So.2d 323 (Fla. 4th DCA 1993); Rodriguez v. State, 588 So.2d 1031 (Fla. 3d DCA 1991); Miller v. State, 582 So.2d 85 (Fla. 3d DCA 1991).